## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MICHAEL POLIDORO and GABRIELLA POLIDORO, : <br><br> Plaintiffs, <br><br> v. <br><br> WESTFIELD INSURANCE COMPANY, <br><br> Defendant. | CIVIL ACTION <br><br> No. 17-4345 |

**ORDER**

**AND NOW**, this 26th day of June, 2018, upon consideration of Defendant Westfield Insurance Company's ("Westfield") Motion for Partial Summary Judgment, Plaintiffs Michael Polidoro and Gabriella Polidoro's Response in Opposition, and Westfield's Reply Brief, it is hereby **ORDERED** that Westfield's Motion (Doc. No. 10) is **DENIED**.

BY THE COURT:

/s/ Robert F. Kelly
ROBERT F. KELLY
SENIOR JUDGE