# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MICHAEL POLIDORO and GABRIELLA POLIDORO, H/W, : : : Plaintiffs, : : v. : : WESTFIELD INSURANCE COMPANY, : : Defendant. : | CIVIL ACTION<br><br>No. 17-4345 |

## ORDER

**AND NOW**, this 10th day of April, 2019, upon consideration of Plaintiffs Michael Polidoro and Gabriella Polidoro's Motion for New Trial (Doc. No. 91) and Defendant Westfield Insurance Company's Brief in Opposition, it is hereby **ORDERED** that Plaintiffs' Motion is **DENIED**.

BY THE COURT:

/s/ Robert F. Kelly
ROBERT F. KELLY
SENIOR JUDGE